THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
VICTOR A. RODGERS
California Bar No. 101281
Assistant United States Attorney
Asset Forfeiture Section
    Federal Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:  (213) 894-2569
    Facsimile:  (213) 894-7177
    E-mail: Victor.Rodgers@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

JS - 6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CV 08-7288-JVS(CWx) |
| Plaintiff, ) | |
| v. ) | **CONSENT JUDGMENT OF FORFEITURE** |
| APPROXIMATELY 364 ) MISCELLANEOUS COMPUTER ) PARTS, ) | |
| Defendants. ) | |

On or about November 3, 2008, plaintiff United States of America ("the United States of America") filed a Complaint for Forfeiture alleging that the defendant Approximately 364 Miscellaneous Computer Parts (the "defendant computer parts") are subject to forfeiture pursuant to 18 U.S.C. § 2320(b), and identifying Lance Kaplan and Stone Network Solutions, Inc.

1  (sometimes referred to collectively herein as "Kaplan") as persons
2  whose interests may be affected by this action.
3       No parties have appeared in this case, and the time for filing
4  claims and answers has expired.
5       The United States of America and Kaplan have now agreed to
6  settle this action and to avoid further litigation by entering into
7  this Consent Judgment of Forfeiture.
8       The Court having been duly advised of and having considered
9  the matter, and based upon the mutual consent of the parties
10 hereto,
11      IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:
12      1.   This Court has jurisdiction over the subject matter of
13 this action and the parties to this Consent Judgment of Forfeiture.
14      2.   The Complaint for Forfeiture states a claim for relief
15 pursuant to 18 U.S.C. § 2320(b).
16      3.   Notice of this action has been given as required by law.
17 Kaplan is relieved of his obligation to file claims and answers in
18 this action.  No appearances have been made in this case by any
19 person.  The Court deems that all potential claimants, except for
20 Kaplan, admit the allegations of the Complaint for Forfeiture to be
21 true.
22      4.   The defendant computer parts shall be condemned and
23 forfeited to the United States of America.  The United States
24 Customs and Border Protection is ordered to dispose of the
25 defendant computer parts in accordance with law.
26      5.   Lance Kaplan and Stone Network Solutions, Inc., and each
27 of them, hereby release the United States of America, its agencies,
28 agents, officers, employees and representatives, including, without

1  limitation, all agents, officers, employees and representatives of
2  the Bureau of Immigration and Customs Enforcement, the United
3  States Customs and Border Protection and the Department of Homeland
4  Security and their respective agencies, as well as all agents,
5  officers, employees and representatives of any state or local
6  governmental or law enforcement agency involved in the
7  investigation or prosecution of this matter, from any and all
8  claims, actions, or liabilities arising out of or related to this
9  action, including, without limitation, any claim for attorney fees,
10 costs, and interest, which may be asserted by or on behalf of Lance
11 Kaplan and Stone Network Solutions, Inc., or either of them,
12 whether pursuant to 28 U.S.C. § 2465 or otherwise.
13     6.   The Court finds that there was reasonable cause for the
14 seizure of the defendant computer parts and institution of these
15 proceedings.  This judgment shall be construed as a certificate of
16 reasonable cause pursuant to 28 U.S.C. § 2465.
17     7.   The Court further finds that Kaplan did not substantially
18 prevail in this action, and each of the parties hereto shall bear
19 its own attorney fees and costs.
20     DATED: February 6, 2009

                                    _____
                                    THE HONORABLE JAMES V. SELNA
                                    UNITED STATES DISTRICT JUDGE

## CONSENT

The parties hereto consent to the above consent judgment of forfeiture and waive any right of appeal.

DATED: February 5, 2009                THOMAS P. O'BRIEN
                                       United States Attorney
                                       CHRISTINE C. EWELL
                                       Assistant United States Attorney
                                       Chief, Criminal Division
                                       STEVEN R. WELK
                                       Assistant United States Attorney
                                       Chief, Asset Forfeiture Section


                                       /s/ Victor A. Rodgers
                                       VICTOR A. RODGERS
                                       Assistant United States Attorney

                                       Attorneys for Plaintiff
                                       UNITED STATES OF AMERICA

DATED: February 3, 2009                STANLEY I. GREENBERG LAW OFFICES


                                       By /s/ Stanley I. Greenberg
                                          STANLEY I. GREENBERG

                                       Attorneys for
                                       LANCE KAPLAN and STONE NETWORK
                                       SOLUTIONS, INC.

4